IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| VICKIE TAYLOR PYFROM, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| GREAT WEST CASUALTY COMPANY; | * | CV 122-047 |
| HENIFF TRANSPORTATION SYSTEMS, | * | |
| LLC; HOMER S. KEIRSEY; and | * | |
| JAMES BERNARD NOLEN, | * | |
| | * | |
| Defendants. | * | |
| | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 29.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of October, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA